# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, D/B/A CHAMPION MORTGAGE COMPANY, A FOREIGN CORPORATION,<br>Appellant,<br>vs.<br>KAL-MOR-USA, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND CANYON WILLOW OWNERS' ASSOCIATION, A NEVADA NON-PROFIT CORPORATION,<br>Respondents. | No. 70007<br><br>**FILED**<br><br>APR 1 9 2016<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on March 22, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. James Crockett, District Judge
Akerman LLP/Las Vegas
Weil & Drage, APC
Leach Johnson Song & Gruchow
Eighth District Court Clerk